1046

[No. 10062-6-III.   Division Three.   October 31, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY M. EATON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-01564-9, Stephen M. Brown, J., entered June 2, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Stauffacher, J. Pro Tem.